# AFFIDAVIT OF
# RETURN OF SERVICE

**US DISTRICT COURT**                                    CASE #4:26-CV-00130-SMR-RCA

**SOUTHERN  DISTRICT
OF IOWA**

**CASE NAME:**              OLIVER STRAHL, INDIVIDUALLY AND ON
                           BEHALF OF ALL OTHERS SIMILARLY SITUATED

                                          VS

                        CONSUMER SAFETY TECHNOLOGY, LLC. D/B/A
                                     INTOXALOCK

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
**SUMMONS IN A CIVIL ACTION; COMPLAINT-CLASS ACTION; JURY TRIAL DEMANDED**

Received on the 26 day of March 2026; served on the 27 day of Mach 2026 at 1:33pm

I served the same on the within name Consumer Safety Technology, LLC dba Intoxalock
At 505 5th Ave. Suite 729, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____      I served the same by delivering a copy thereof to the above personally.


_____      I served the same on the above person at the person's dwelling house or usual place

             of abode, by there delivering a copy thereof to a member of the family, or a manager,
             clerk, proprietor or custodian named and described below, a person who was then at
             least eighteen years old, who resides at this address.

  X          I served to above company, corporation, etc., by delivering a copy to the person
_____
             named and described below.  Said service was made at the address shown below, if
             any otherwise at the above address.



Service Fee    _____        Located at    _____

Mileage        _____        Remarks       c/o Corporation Service Company,
                                                     Registered Agent
               _____                       Served Morgan Williams

Service Charge _____                       _____



Total Charges:  $50.00                By: _____
                                          C Miller Investigations, Inc.

Subscribed and sworn to before by the said Anthony Betzer
In Polk County, Iowa on this the 30 day of March 2026
                                      By: _____
                                          Notary Public for the State of Iowa

**DONNA C. RAY**
Commission Number 781706
My Commission Expires
December 6, 2028