**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| OLIVER JAMES STRAHL, *individually and on behalf of all others similarly situated,* | Case No: 4:26-cv-00130-SMR-HCA |
| Plaintiff, | |
| v. | |
| CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK, | |
| Defendant, | |
| BRADLEY PRAZNIK, *individually and on behalf of all others similarly situated,* | Case No. 4:26-cv-00131-RGE-SBJ |
| Plaintiff, | |
| v. | |
| CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK | |
| Defendant, | |

**DEFENDANT CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK'S RESPONSE TO PLAINTIFFS' MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL**

Defendant, CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK ("Intoxalock"), does not oppose consolidating the Related Actions referenced in Plaintiffs' Motion to Consolidate Actions and Appoint Interim Class Counsel (the "Motion") for pretrial purposes only. See ECF No. 3. Furthermore, Intoxalock does not take a position regarding the Plaintiffs' proposed class counsel and leadership structure.

To the extent the Plaintiffs raise factual allegations in support of their motion to consolidate, Intoxalock disagrees, with the Plaintiffs' factual and legal claims raised in the motion,

1

including Plaintiffs' statements and characterizations concerning the alleged breach, its impacts, and Intoxalock's business and structure.

Intoxalock joins in Plaintiffs' request to "[s]trik[e] all pending deadlines in each of the Related Actions and staying each of the Related Actions, including any [Intoxalock's] responsive pleading deadlines." ECF No. 3 at 12. To conserve both the parties' and the Court's resources, Plaintiffs, with Intoxalock's consent, seek to stay Intoxalock's deadlines to respond to the complaints in the individual related actions pending a decision on Plaintiffs' motion to consolidate and, if granted, until after Plaintiffs file a consolidated complaint.

Dated: April 17, 2026

/s/ William J. Miller

William J. Miller (AT0005414)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 864-0330
E-mail: miller.william@dorsey.com

Dennis N. Lueck, Jr. (*pro hac vice* forthcoming)
MULLEN COUGHLIN LLC
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
Tel: (267) 930-4679
E-mail: dlueck@mullen.law

***Attorneys for Defendant***, **Consumer Safety Technology, LLC d/b/a Intoxalock**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 17, 2026 the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

By:   Electronic Filing and/or
_____ U.S. Mail            _____ FAX
_____ Hand Delivered   _____ Overnight Courier
_____ E-mail                  _____ Other _____

/s/ William J. Miller