UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

OLIVER JAMES STRAHL

_____ ,
Plaintiff(s),

v.

CONSUMER SAFETY TECHNOLOGY
LLC dba INTOXALOCK
_____ ,
Defendant(s).

Case No. 4:26-cv-00130-SMR-HCA _____

**MOTION FOR ADMISSION**
*PRO HAC VICE*

### A. Applicant's Information and Certification

Pursuant to Southern District of Iowa Local Rule 83(d)(3) and (4),
I, Edgar F. Navarrete _____, respectfully moves to appear *pro hac vice* for the purpose
of appearing as counsel on behalf of, Defendant, Consumer Safety Technology LLC dba Intoxalock , in the above
case.  In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing in the following United States District Court
and/or a state's highest court: State of California _____, Bar Id: 322662 _____.

2.  I have never been disbarred, suspended, or received any discipline in any state or federal
courts, and no complaints or disciplinary matters are pending against me.

3.  I agree to submit to and comply with all provisions and requirements of the rules of conduct
applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local
Rules.

4. I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by
associating with William J. Miller _____, an attorney admitted to practice law
in this district and who has entered an appearance in this case.

5. I agree to pay the applicable required fee electronically.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order
granting leave to appear *pro hac vice* for appearing in this case.

Respectfully submitted,

Date: 06/08/2026

/s/  Edgar F. Navarrete
(Signature)
 Edgar F. Navarrete
(Printed Name)
 Mullen Coughlin LLC
(Law Firm Name)
 515 South Flower Street, 18th and 19th Floors
(Law Firm Street address)
 Los Angeles, CA 90071
(City, State, Zip Code)
 951) 973-3638
(Telephone number)
  enavarrete@mullen.law
(E-mail address)

## B.  Local Counsel Information and Certification

I, William J. Miller, an active member in good standing of the bar of the United States District Court for the Southern District of Iowa, request that this court admit Edgar F. Navarrete *pro hac vice*, an attorney admitted to practice and currently in good standing in, State of California, but not admitted to the bar of this court, who will be counsel for the Defendant, in the case listed above.  I am aware of my obligations under the Local Rules of this court including requiring that I accept service of all documents.

Date: 06/08/2026

/s/ William J. Miller, AT0005414
(Signature)
 William J. Miller
(Printed Name)