AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| OLIVER JAMES STRAHL, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| CONSUMER SAFETY TECHNOLOGY, LLC | ) |
| *Defendant* | ) |

Case No.    4:26-cv-00130-SMR-HCA

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Bradley Praznik                                                                                                    .

Date:     06/09/2026

/s/ John J. Nelson
*Attorney's signature*

John J. Nelson (Pro Hac Vice)
*Printed name and bar number*

MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA  90212

*Address*

jnelson@milberg.com
*E-mail address*

(858) 209-6941
*Telephone number*

*FAX number*