**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| *In re: Intoxalock Data Incident Litigation* | Case No: 4:26-cv-00130-SMR-HCA |

**UNOPPOSED MOTION TO VACATE DEFENDANT CONSUMER SAFETY
TECHNOLOGY, LLC D/B/A INTOXALOCK'S RESPONSIVE PLEADING DEADLINE
AND STAY LITIGATION**

Pursuant to FRCP, Rule 6(b)(1)(A) Defendant, CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK ("Intoxalock"), by and through their undersigned counsel, hereby move the Court to vacate Defendant's deadline to respond to Plaintiffs' Consolidated Class Action Complaint (the "Consolidated Complaint") and stay the litigation pending completion of Intoxalock's incident response investigation.  Plaintiffs, BREADLEY PRAZNICK, DERRICK CURRY, and JAMES PRATT, individually and on behalf of all others similarly situated ("Plaintiff"), do not oppose this motion.

Pursuant to this Court's order dated May 13, 2026 [Dkt. 11], Intoxalock's deadline to file a response to Plaintiffs' Consolidated Complaint is currently on July 31, 2026.

Intoxalock's extensive incident response investigation to determine the extent of the March 2026 data breach incident giving rise to the class action lawsuit is currently ongoing.  Intoxalock's incident response counsel advised the investigation is estimated to take up to 6 months to complete as of the date this joint motion.  Completion of the investigation is necessary to determine key details about the data breach incident including, but not limited to, the impacted class size, information impacted by the data breach, and whether the named Plaintiffs are part of the impacted

class.  Until then, Intoxalock is unable to answer Plaintiffs' allegations or meaningfully participate in discovery.

Further, Intoxalock is open to engaging Plaintiffs and their counsel in early class action settlement discussions, however, any potential settlement discussions are stymied by the fact that Intoxalock's incident response investigation is ongoing.  Without knowing the impacted class size or impacted data elements, the parties cannot participate in informed settlement discussions.

Counsel for Plaintiffs and Intoxalock have met and conferred about the issue at hand. Plaintiffs, through their counsel have advised that they do not oppose this motion.  Accordingly, Intoxalock moves this Court to vacate Intoxalock's responsive pleading deadline and stay the instant litigation until February 1, 2027 pending the anticipated completion of Intoxalock's incident response.

The parties shall submit a joint status report to the Court ten days before the stay ends informing the Court of the status of the litigation.

WHEREFORE, Defendant Consumer Safety Technology, LLC D/B/A Intoxalock respectfully requests the Court grant its present motion and enter an order setting the following schedule:  Defendant's July 31, 2026 responsive pleading deadline is vacated; this class action lawsuit is stayed until February 1, 2027; and the Parties shall file a joint status statement informing the Court of the status of the litigation 10 days prior to February 1, 2027.

Dated: <u>July 29, 2026</u>

/s/ William J. Miller

William J. Miller (AT0005414)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 864-0330
E-mail: miller.william@dorsey.com

Dennis N. Lueck, Jr. (*admitted pro hac vice*)
MULLEN COUGHLIN LLC
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
Tel: (267) 930-4679
E-mail: dlueck@mullen.law

***Attorneys for Defendant*, Consumer Safety Technology, LLC d/b/a Intoxalock**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on July 29, 2026 the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

By:   Electronic Filing and/or

|  | U.S. Mail |  | FAX |
| --- | --- | --- | --- |
|  | Hand Delivered |  | Overnight Courier |
|  | E-mail |  | Other |

/s/ William J. Miller